IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JANA SHORES, individually and on behalf of all others similarly situated,**

                Plaintiff,

-v-

**WELLA OPERATIONS US LLC,**

                Defendant.

Civil Case Number: 1:22-cv-07152

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, without prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:	February 27, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Jana Shores*